**Opinion issued May 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00289-CV**

———————————

**JAYSON LOBOS, Appellant**

**V.**

**THREE FOUNTAINS OLD APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1223247**

---

## MEMORANDUM OPINION

Appellant, Jayson Lobos, has filed an unopposed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower